BENJAMIN B. WAGNER
United States Attorney
BAYLEIGH J. PETTIGREW
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

FILED
MAY 18 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANK J. ESPINOZA, <br><br> Defendant. | CASE NO. 1:04-MJ-02120 <br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Bayleigh J. Pettigrew, Special Assistant United States Attorney, hereby moves to dismiss the Information filed against Frank J. Espinosa on or about June 14, 2004, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 8, 2015

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Bayleigh J. Pettigrew
BAYLEIGH J. PETTIGREW
Special Assistant U.S. Attorney

1

U.S. v. Espinoza

# O R D E R

IT IS HEREBY ORDERED that the Information filed on June 14, 2004, against Frank J. Espinoza, be dismissed, without prejudice, in the interest of justice.

Dated: May 18, 2015

_____
HON. GARY S. AUSTIN
United States Magistrate Judge

cc: USM

U.S. v. Espinoza